**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION**

**TERRANCE PROCTOR** **PLAINTIFF**

**v.** **No. 4:26-cv-661-DPM**

**BAPTIST HEALTH, Rehabilitation Institute; THAD COLLINS; CHRYSTAL FULLEN; REBECCA OLIVER; ANGELA COX; KAITLYN BEAVERS; TACARA MOORHEAD; REBECCAH JOYNER; KATHY TITON; RHONDA WOOD; TERRENCE COOPER; and DOES, Patricia, John/Jane Does** **DEFENDANTS**

# JUDGMENT

Proctor's complaint is dismissed without prejudice.

D.P. Marshall Jr.
United States District Judge

31 July 2026