**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

**TERRANCE PROCTOR** **PLAINTIFF**

**v.** **No. 4:26-cv-661-DPM**

**BAPTIST HEALTH, Rehabilitation Institute; THAD COLLINS; CHRYSTAL FULLEN; REBECCA OLIVER; ANGELA COX; KAITLYN BEAVERS; TACARA MOORHEAD; REBECCAH JOYNER; KATHY TITON; RHONDA WOOD; TERRENCE COOPER; and DOES, Patricia, John/Jane Does** **DEFENDANTS**

# ORDER

Proctor's motion for reconsideration and to amend his complaint, *Doc. 5*, is denied. Getting relief from a final judgment, including to amend a complaint, requires extraordinary circumstances. Fed. R. Civ. P. 60(b); *BLOM Bank SAL v. Honickman*, 605 U.S. 204, 210 (2025). Those circumstances aren't present here.

So Ordered.

D.P. Marshall Jr.
D.P. Marshall Jr.
United States District Judge

1 October 2026